UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 03 B 51712
  PAUL JEFF J FRITZ
  SUZANNE LORRAINE FRITZ                CHAPTER 13

                                        JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-7229    SSN XXX-XX-5319
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/29/03 and confirmed on 04/28/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 101838.86 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE INC | CURRENT MORTG | 51834.72 | .00 | 51834.72 |
| CITIMORTGAGE INC | MORTGAGE ARRE | 7664.89 | .00 | 7664.89 |
| FRANKLIN CREDIT MGMT COR | CURRENT MORTG | 15276.00 | .00 | 15276.00 |
| FRANKLIN CREDIT MGMT COR | MORTGAGE ARRE | 700.04 | .00 | 700.04 |
| NEW CENTURY FEDERAL C U | SECURED | 7775.00 | 1672.83 | 7775.00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| BRADFORD EXCHANGE | UNSECURED | NOT FILED | .00 | .00 |
| BRADFORD EXCHANGE | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS CHICAG | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT AUDIT | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| DIGESTIVE HEALTH ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2937.49 | .00 | 1798.29 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5996.42 | .00 | 3670.93 |
| PRO COM SERVICES CORP | UNSECURED | NOT FILED | .00 | .00 |
| EMPRESS CASINO JOLIET | UNSECURED | 357.56 | .00 | 218.89 |
| FLEET | UNSECURED | NOT FILED | .00 | .00 |
| C L KOEHN MD | UNSECURED | NOT FILED | .00 | .00 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| IL BONG KIM MD FACS | UNSECURED | NOT FILED | .00 | .00 |
| IL BONG KIM MD FACS | UNSECURED | NOT FILED | .00 | .00 |
| J & J COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 359.78 | .00 | 220.25 |
| JOLIET MEDICAL GROUP | UNSECURED | 398.13 | .00 | 243.73 |
| LIGHTHOUSE COUNSELING | UNSECURED | 167.52 | .00 | 102.55 |
| MAZON STATE BANK | UNSECURED | NOT FILED | .00 | .00 |

```
MORRIS  HOSPITAL            UNSECURED      NOT FILED            .00          .00
MORRIS  HOSPITAL            UNSECURED      NOT FILED            .00          .00
MORRIS  HOSPITAL            UNSECURED      NOT FILED            .00          .00
MORRIS  HOSPITAL            UNSECURED      NOT FILED            .00          .00
MORRIS  HOSPITAL            UNSECURED      NOT FILED            .00          .00
MORRIS  HOSPITAL            UNSECURED      NOT FILED            .00          .00
MORRIS  HOSPITAL            UNSECURED      NOT FILED            .00          .00
MORRIS  HOSPITAL            UNSECURED      NOT FILED            .00          .00
MORRIS  HOSPITAL            UNSECURED      NOT FILED            .00          .00
MORRIS  HOSPITAL            UNSECURED      NOT FILED            .00          .00
MORRIS  RADIOLOGY ASSOC     UNSECURED      NOT FILED            .00          .00
MORRIS  VET HOSPTIAL        UNSECURED      NOT FILED            .00          .00
NEW CENTURY CREDIT UNION    UNSECURED      NOT FILED            .00          .00
NICOR GAS                   UNSECURED         148.22            .00        90.74
NORTH SHORE AGENCY          UNSECURED      NOT FILED            .00          .00
WASHINGTON MUTUAL CARD S    UNSECURED      NOT FILED            .00          .00
SBC AMERITECH               UNSECURED      NOT FILED            .00          .00
RESURGENT CAPITAL SERVIC    UNSECURED        1033.83            .00       632.90
RESURGENT CAPITAL SERVIC    UNSECURED        1776.00            .00      1087.25
SEVENTH AVENUE              UNSECURED         420.02            .00       257.13
ECAST SETTLEMENT CORPORA    UNSECURED         948.99            .00       580.96
UNIVERSITY ANESTHESIOLOG    UNSECURED        1027.60            .00       629.08
UNIVERSITY ANESTHESIOLOG    UNSECURED      NOT FILED            .00          .00
UNIVERSITY ANESTHESIOLOG    UNSECURED      NOT FILED            .00          .00
VILLAGE OF COAL CITY        UNSECURED      NOT FILED            .00          .00
VILLAGE OF COAL CITY        UNSECURED      NOT FILED            .00          .00
```

Summary of disbursements:

```
-----------------------------------------------------------------------------
              SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
-----------------------------------------------------------------------------

TOTAL CLMS ALLOWED  83250.65        .00    15571.56         .00    98822.21
PRINCIPAL PAID      83250.65        .00     9532.70         .00    92783.35
INTEREST PAID        1672.83        .00         .00         .00     1672.83
TOTAL PAID          84923.48        .00     9532.70         .00    94456.18
```

The Debtor's attorney, PETER FRANCIS GERACI              , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   4363.82 .

Refunds to the Debtor totaled $     318.86 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 11/12/08                   /S/
                                CLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                          PAGE   3
    CASE NO. 03 B 51712 PAUL JEFF J FRITZ & SUZANNE LORRAINE FRITZ
```